IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-                                         CAUSE NO. A-13-CR-511-SS

JOSEPH JAMES GOVEA (4)

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 30, 2013, wherein the defendant Joseph James Govea waived appearance before this Court and appeared before the United States Magistrate Judge Mark Lane for the taking of a felony guilty plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty and the plea agreement be accepted by the undersigned, and noting no opposition by defendant Joseph James Govea to the Report and Recommendation, the Court enters the following order:

IT IS THEREFORE ORDERED that the defendant Joseph James Govea's plea of guilty to Count 4 and the plea agreement are accepted.

SIGNED this the 14th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE